## CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Bianco,J.            DATE: 8/1/2006            TIME: 10:00 a.m.

DOCKET NUMBER: CR 06-0503        TITLE: USA-V-Steven Meszaro

DEFT NAME: Steven Meszaro                    DEFT: #
    _X_ PRESENT    ___ NOT PRESENT    ___ IN CUSTODY    _X_ ON BAIL

ATTY. FOR DEFT.: Steven Gary Brill                    C.J.A.
    _X_ PRESENT      ___ NOT PRESENT    _X_ RET
                                            FED. DEF. OF NY, INC.

A.U.S.A. Alan Bode                    DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___ P. AUERBACH   ___ E. COMBS   _X_ P. LOMBARDI
                  ___ H. RAPAPORT   ___ M. STEIGER ___ D. TURSI  _X_ O. WICKER

INTERPRETER: _____

_X_  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

_X_  FIRST APPEARANCE OF DEFENDANT(S).

_X_  DEFT(S) STATES TRUE NAME TO BE: Steven Meszaros

_X_  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S)
     A NOT GUILTY PLEA TO THE CHARGES.

___  CASE ADJOURNED TO

_X_  BAIL CONTINUED FOR DEFT _____.

___  DEFT. CONTINUED IN CUSTODY.

___  BAIL SET AT _____

___  MOTIONS TO BE FILED BY _____

___  GOVERNMENT'S RESPONSE DUE _____

___  REPLY PAPERS, IF ANY, DUE _____

_X_  O.E.D. EXECUTED THROUGH  9 / 12 /2006.

_X_  Next status conference set for 9/12/06 at 10:00 a.m. in CI